**Edward E. SMITH, Petitioner,**

v.

**The PEOPLE of the State of Colorado, Respondents.**

**No. 85 SC 252.**

Supreme Court of Colorado
En Banc.

Feb. 27, 1987.

Thomas M. Van Cleve, III, Deputy State Public Defender, for petitioner.

Cynthia Jones, Asst. Atty. Gen., for respondents.

## ORDER OF COURT

Upon review of the record and briefs filed herein, and having heard the oral arguments of counsel,

IT IS THIS DAY Ordered that the Writ of Certiorari in the above captioned cases shall be, and the same hereby is, DENIED as having been improvidently granted.

IT IS FURTHER ORDERED that this cause be and is remanded to the Court of Appeals.